■ OUMADATT MAHARAJ et al., Respondents, v TIBOR G. FARKAS, Appellant, et al., Defendant. [632 NYS2d 470] —In an action to recover damages for medical malpractice, etc., the defendant Tibor G. Farkas appeals from (1) an order of the Supreme Court, Queens County (Posner, J.), dated November 15, 1994, which denied his motion pursuant to CPLR 3404 to dismiss the action on the ground that it had been abandoned, and (2) an order of the same court, also dated November 15, 1994, which granted the plaintiffs' motion to restore the action to the trial calendar.

Ordered that the orders are affirmed, with one bill of costs.

Under the circumstances of this case, where the action was not marked off the calendar due to any default on the plaintiffs' part, the motion to restore was brought within one year of the date the case was marked off the calendar, and the physician's affidavit annexed to the plaintiffs' moving papers constituted a sufficient affidavit of merit, it was not an improvident exercise of discretion to grant a motion to restore the action to the trial calendar *(see, Balducci v Jason,* 133 AD2d 436).

We have reviewed the appellant's remaining contention and conclude that it is without merit. Balletta, J. P., Thompson, Santucci, Altman and Hart, JJ., concur.

■ KERRI L. MARSHALL, Respondent, v AUGUST NAPPI, Appellant. [632 NYS2d 471] —In an action to recover damages for personal injuries, the defendant appeals from so much of an order of the Supreme Court, Suffolk County (Underwood, J.), dated January 20, 1994, as granted those branches of the plaintiff's motion which were for summary judgment as to the causes of action alleging intentional infliction of emotional distress.

Ordered that the order is affirmed insofar as appealed from, with costs, for reasons stated by Justice Underwood at the Supreme Court. Mangano, P. J., O'Brien, Ritter, Pizzuto and Florio, JJ., concur.